# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESLEY T. LOGAN; WAYNE LOGAN;
AND MICHELLE LOGAN,
Appellants,
vs.
DUSTIN BELINSKI; AND DANIELLE
BELINSKI,
Respondents.

No. 74066

**FILED**

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on September 26, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Douglas Smith, District Judge
Lizada Law Firm, Ltd.
Maier Gutierrez & Associates
Eighth District Court Clerk

17-39443